IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH DOLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACT. NO. 3:20-cv-558-ECM |
| | ) | (wo) |
| AMERICREDIT FINANCIAL SERVICES, | ) | |
| INC., doing business as GM FINANCIAL, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Upon consideration of the Joint Stipulation of Dismissal as to AmeriCredit Financial Services, Inc. d/b/a GM Financial (doc. 33) filed on February 8, 2021, and the Joint Stipulation of Dismissal With Prejudice as to Defendant Equifax Information Services, LLC (doc. 34), filed on March 3, 2021, which comport with Fed. R. Civ. P. 41(a)(1)(A)(ii); and upon consideration of the Notice of Settlement Pending as to Defendant Experian Information Solutions, Inc. (doc. 32) and Notice of Settlement Pending as to Defendant Trans Union LLC (doc. 35), it is hereby ORDERED as follows:

1. This action has been dismissed with prejudice by operation of Rule 41, on the terms agreed to and set out by the parties, as against Defendants AmeriCredit Financial Services, Inc. d/b/a GM Financial and Equifax Information Services.

2. As to Defendants Experian Information Solutions, Inc. and Trans Unon LLC, this case is DISMISSED with prejudice. The Plaintiff or these two Defendants

may, for good cause shown, reopen this action within thirty (30) days from the date of this Order.

3. Costs are taxed as paid.

The Clerk of the Court is DIRECTED to close this case.

DONE this 4th day of March, 2021.

                                                  /s/ Emily C. Marks
                                   EMILY C. MARKS
                                   CHIEF UNITED STATES DISTRICT JUDGE